IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHARAY TYREE CROWDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-747-HE |
| | ) | |
| JIMMY MARTIN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Petitioner Sharay Tyree Crowder, a state prisoner appearing *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his state court convictions. On January 6, 2020, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed as untimely and that grounds one, two, ten and eleven be dismissed for failure to state a claim upon which relief can be granted. Petitioner was advised of his right to object to the Supplemental Report and Recommendation by January 27, 2020, and was granted an extension until February 24, 2020, to object.

Petitioner did not object to the Supplemental Report and Recommendation. Petitioner therefore has waived his right to appellate review of the factual and legal issues it addressed. *See* Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Supplemental Report and Recommendation [Doc. #13], **DISMISSES** the petition as untimely, and **DISMISSES** grounds one, two, ten and eleven for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2020.

                                                  *[signature]*
                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE